# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| AMY AND ANTHONY MAZZIOTTI, individually and on behalf of their minor child, H.M., <br><br> Plaintiffs, <br><br> v. <br><br> BYHEART, INC., a Delaware corporation, and TARGET CORPORATION, a Minnesota corporation, <br><br> Defendants. | Case No. 2:25-cv-12116-AB-BFM <br><br> Hon. Andre Birotté Jr. <br> Courtroom 7B, 7th Floor <br><br> [~~PROPOSED~~] **ORDER GRANTING STIPULATION TO STAY DEFENDANT TARGET CORPORATION'S DEADLINE TO RESPOND TO COMPLAINT** <br><br> Current Response: April 17, 2026 <br> **New Response: Stayed Pending Transfer to and Further Action in MDL** |

The Court **APPROVES** the parties' Stipulation and **STAYS** stays the time for Defendant Target Corporation to respond to the complaint pending transfer of this case to the Southern District of New York *In re: ByHeart, Inc., Infant Formula Marketing, Sales Practices, and Products Liability Litigation,* Case No. 1-26-md-03178-AS, and further actions by that Court.

**IT IS SO ORDERED.**

Dated: April 17, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE